UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID CARLSEN and INGRID CARLSEN,

    Plaintiffs,

v.                                    Case No:   6:16-cv-738-Orl-40TBS

STATE FARM MUTUAL AUTO INSURANCE COMPANY,

    Defendant.

## ORDER

This case comes before the Court without oral argument on Plaintiffs' Amended Motion to Compel Verified and Better Answers to Interrogatories (Doc. 62). Defendant has not filed a response to the motion and the time within to do so has expired. When a party fails to respond, that is an indication that the motion is unopposed. Foster v. The Coca-Cola Co., No. 6:14-cv-2102-Orl-40TBS, 2015 WL 3486008, at *1 (M.D. Fla. June 2, 2015); Jones v. Bank of Am., N.A., 564 Fed. Appx. 432, 434 (11th Cir. 2014)[1] (citing Kramer v. Gwinnett Cty., Ga., 306 F.Supp.2d 1219, 1221 (N.D. Ga. 2004); Daisy, Inc. v. Polio Operations, Inc., No. 2:14-cv-564-FtM-38CM, 2015 WL 2342951, at *1 (M.D. Fla. May 14, 2015) (when defendant did not respond court could consider motion to compel unopposed); Brown v. Platinum Wrench Auto Repair, Inc., No. 8:10-cv-2168-T-33TGW, 2012 WL 333803, at *1 (M.D. Fla. Feb. 1, 2012) (after party failed to respond, court

---

[1] "Unpublished opinions are not considered binding precedent, but may be cited as persuasive authority." CTA11 Rule 36-2.

treated motion for summary judgment as unopposed). The Court proceeds on the basis that Plaintiffs' motion is unopposed.

On October 30, 2017, Plaintiffs served interrogatories on Defendant (Id., ¶ 1). The interrogatories ask for the total amounts Defendant and its counsel have paid to Defendant's disclosed expert witnesses during the past 4 years (Id., ¶ 2). In response, Defendant produced unverified ledgers showing payments made to persons who are only identified by their Tax ID numbers (Id., ¶¶ 3-4; Doc. 62-1). Plaintiffs complain that Defendant's answers are incomplete because they are unable to identify the witnesses from their Tax ID numbers, and the answers are unverified (Doc. 62, ¶ 4). Plaintiffs represent that Defendant's counsel has repeatedly agreed to provide better answers, but has failed to do so (Id., ¶ 6). Now, Plaintiffs seek an order compelling Defendant to amend its interrogatory answers to identify the witnesses by name as well as Tax ID numbers (Id., ¶ 5). The motion is **GRANTED**. No later than the close of business on March 19, 2018,[2] Defendant shall provide complete, verified answers to Plaintiffs' interrogatories numbered 1 and 2. Those answers shall identify by both name and Tax ID number, each disclosed expert witness and the amount(s) paid to said witness in the last 4 years by Defendant or the law firm representing Defendant. Because Plaintiffs do not request attorney's fees and costs in their motion, none are awarded.

**DONE** and **ORDERED** in Orlando, Florida on March 14, 2018.

THOMAS B. SMITH
United States Magistrate Judge

---

[2] The Court sees no reason to give Defendant additional time. These interrogatories were served on October 30, 2017, Defense counsel has acknowledged a need to supplement the answers, Defendant knew or should have known the motion to compel would be granted, and should have planned accordingly.

Copies furnished to:

    Counsel of Record
    Unrepresented Parties